UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA MARGARITA HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  1:20-cv-00897-NONE-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 2, 5, 7) |

On June 26, 2020, Plaintiff Mayra Margarita Hernandez, proceeding through counsel, filed the complaint in this action seeking review of a decision of the Commissioner of Social Security.  (Doc. No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 24, 2020, the assigned magistrate judge issued findings and recommendations which found that plaintiff had not made the showing required by 28 U.S.C. § 1915 that she is unable to pay the required fees for this action. (Doc. No. 6) The magistrate judge accordingly recommended that plaintiff's motions to proceed *in forma pauperis* (Doc. Nos. 2, 5) be denied and that she be required to pay the $400.00 filing fee in full to proceed with this action. Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. The period for filing objections has passed and no objections have been filed.

1

 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the pending findings and recommendations to be supported by the record and proper analysis.

 Accordingly:

 1. The findings and recommendations issued on July 24, 2020 (Doc. No. 7) are adopted in full;

 2. Plaintiff's motions to proceed *in forma pauperis* (Doc. Nos. 2, 5) are denied; and

 3. Within fourteen (14) days following service of this order, plaintiff shall pay the $400.00 filing fee in full to proceed with this action.  If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without prejudice.

IT IS SO ORDERED.

Dated: **August 19, 2020**

UNITED STATES DISTRICT JUDGE