JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mayra Margarita Hernandez,<br><br>  Plaintiff,<br><br>  vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 1:20-cv-00897-NONE-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 45-day extension of time, from September 1, 2021 to October 15, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Plaintiff's Counsel has due on the same week three

1

letter brief, two Opening Brief, and one Motion for Summary Judgment and requires additional time to brief the issues thoroughly for the Court's consideration.

Additionally, Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the three other California Districts, each of which require settlement negotiations or merit briefing. Counsel is in the process of increasing support staff to accommodate the increase in the number of cases at the briefing stage.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 1, 2021    PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
   JONATHAN OMAR PENA
   Attorneys for Plaintiff


Dated: September 1, 2021    PHILLIP A. TALBERT
   Acting United States Attorney
   DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
   Social Security Administration


By:  *\*/s/ Daniel P. Talbert*
   Daniel P. Talbert
   Special Assistant United States Attorney
   Attorneys for Defendant
   (*As authorized by email on September 1, 2021)

## **ORDER**

Pursuant to stipulation, and cause appearing, Plaintiff's request for a second extension of time to file her Opening Brief is GRANTED. Plaintiff's Opening Brief shall be filed on or before October 15, 2021. All other deadlines in the Court's Scheduling Order are modified accordingly. No further extensions of time will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **September 2, 2021**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE