JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mayra Margarita Hernandez,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:20-cv-00897-NONE-BAM<br><br>JOINT STIPULATION FOR MODIFICATION OF SCHEDULING ORDER AND ORDER |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that the scheduling order shall be modified as follows: Plaintiff's Opening Brief shall be filed by November 15, 2021.  Defendant's Opening Brief shall be filed by December 15, 2021.  Plaintiff's optional Reply brief shall be filed by December 30, 2021.

　　　Good cause exists for this request.  The parties engaged in settlement discussions and on July 1, 2021, the parties concluded they could not reach an agreement for voluntary remand.  (Dkt. Nos. 20, 21). On October 12, 2021,

1

Counsel for Plaintiff informed Counsel for Defendant that the certified administrative record was incomplete.  Defendant agreed to supplement the administrative record.  On October 13, 2021, Defendant lodged the supplemental administrative record.  (Dkt. No. 26).

The parties respectfully request the modification of the scheduling order to allow Counsel for Plaintiff to properly review the supplemental transcript and brief the case for the Court.   This request is made in good faith and not intended to delay this matter.

Respectfully submitted,

Dated: October 14, 2021        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: October 14, 2021        PHILLIP A. TALBERT
                               Acting United States Attorney
                               DEBORAH LEE STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

By:  *\*/s/ Daniel P. Talbert*
     Daniel P. Talbert
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on October 14, 2021)

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the request to modify the Scheduling Order is GRANTED.  Plaintiff's Opening Brief shall be filed by November 15, 2021.  Defendant's Opposition Brief shall be filed by December 15, 2021.  Plaintiff's optional Reply brief shall be filed by December 30, 2021.  No further extensions of time will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

    Dated: __**October 15, 2021**__            /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE