JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAYRA MARGARITA HERNANDEZ,<br><br>      Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. 1:20-cv-00897-NONE-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 14-day extension of time, from December 30, 2021 to January 13, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    Good cause exists for this request. While the parties modified the scheduling order giving Plaintiff until December 30, 2021 to file her Reply Brief (Dkt. No. 28), Counsel for the Plaintiff requires a short 14-day extension to accommodate

1

this brief. Counsel for the Plaintiff has experienced a reduction in staff due to new infections within his office requiring several employees to quarantine with limited remote work. This setback has caused Counsel to trail behind on his brief writing, administrative work and end-of-year tasks.

     Counsel apologizes to the Court and Defendant for this delay. Defendant does not oppose the requested extension.

Respectfully submitted,

Dated: December 27, 2021    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: December __, 2021    PHILLIP A. TALBERT
    Acting United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

By:  **/s/ Geralyn Gulseth for Daniel Talbert*
    Geralyn Gulseth for Daniel Talbert
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on December 27, 2021)

# **ORDER**

Pursuant to the parties' request, and for good cause shown, IT IS SO ORDERED that Plaintiff shall have an extension, up to and including January 13, 2022, to respond to Defendant's Opposition. All other dates in the Court's Scheduling Order (Doc. No. 11.) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **December 28, 2021**               /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE

3